NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CADDO SYSTEMS, INC., 511 TECHNOLOGIES, INC.,**

*Plaintiffs-Appellees*

v.

**MICROCHIP TECHNOLOGY, INC.,**

*Defendant-Appellant*

---

2022-2043

---

Appeal from the United States District Court for the Western District of Texas in No. 6:20-cv-00245-ADA, Judge Alan D. Albright.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2　　　　CADDO SYSTEMS, INC. v. MICROCHIP TECHNOLOGY, INC.


(2)  Each side shall bear their own costs.


FOR THE COURT

August 4, 2022
　　Date　　　　　　　　　/s/ Peter R. Marksteiner
　　　　　　　　　　　　　Peter R. Marksteiner
　　　　　　　　　　　　　Clerk of Court


**ISSUED AS A MANDATE:** August 4, 2022